Index of Exhibits to the Declaration of Alan Crystal

Exhibit A:    Website Terms of Use Agreement

Exhibit B:    Consent to Electronic Disclosures: Lease-Purchase Agreement

Exhibit A

# Terms of Use

June 23, 2014

PLEASE CAREFULLY REVIEW THESE TERMS AND CONDITIONS OF USE BEFORE USING THIS WEB SITE. IF YOU DO NOT AGREE TO THESE TERMS, YOU SHOULD EXIT THIS SITE IMMEDIATELY.

## Website Terms of Use Agreement

This Website Terms of Use agreement (the "TOU") between you and BillFloat, Inc. ("BillFloat", "we", "us", or "our") sets forth the terms and conditions for your use of this website (the "Site"). By agreeing to the TOU, you are acknowledging that you have read, understood, and agreed to be bound by the terms of the TOU.

We reserve the right to amend this Agreement at any time and will notify you of any such changes by posting the revised Agreement on the Site. You should check this Agreement periodically for changes. All changes shall be effective upon posting. Your continued use of the Site after any change to this Agreement constitutes your agreement to be bound by any such changes. We may terminate, suspend, change, or restrict access to all or any part of this Site without notice or liability.

## Limitation of Use

The copyright in all material on this Site, including without limitation the text, data, design, source code, software, photos, images, and other information (collectively the "Content"), is held by BillFloat or by the original creator of the material and is protected by U.S. and International copyright laws and treaties. You agree that the Content may not be copied, reproduced, distributed, republished, displayed, posted or transmitted in any form or by any means, including, but not limited to, electronic, mechanical, photocopying, recording, or otherwise, without the express prior written consent of BillFloat. You acknowledge that the Content is and shall remain the property of BillFloat. You may not modify, participate in the sale or transfer of, or create derivative works based on any Content, in whole or in part. The use, copying, or mirroring of the Content on any other website, including using the Content by deep linking to it or framing it, or in any networked computer environment for any purpose, is prohibited unless you are first granted BillFloat's written approval. Any unauthorized use of any Content on this Site may violate numerous laws, including copyright laws, trademark laws, the laws of privacy and publicity, and communications statutes and regulations.

You agree to use the Content and Site only for lawful purposes. You are prohibited from any use of the Content of Site that would constitute a violation of any applicable law, regulation, rule or ordinance of any national, state, or locality or of any international law or treaty, or that could give rise to any civil or criminal liability. Any unauthorized use of the Site, including but not limited to unauthorized entry into BillFloat's systems, misuse of passwords, or misuse of any information posted on the Site is strictly prohibited. BillFloat makes no claims concerning whether the Content may be downloaded or is appropriate for use outside of the United States. If you access this Site from outside of the United States, you are solely responsible for ensuring compliance with the laws of your specific jurisdiction. Your eligibility for particular products or services is subject to final determination by BillFloat.

## Patent Information

Technologies and processes embodied in and used by this Site are covered by one or more BillFloat U.S. patents and by other patents pending.

## Trademarks

BillFloat, the BillFloat logo, SmartPayLease.com, and all related logos (collectively the "BillFloat trademarks") are trademarks or service marks of BillFloat. Other company, product, and service names and logos used and displayed on this Site may be trademarks or service marks owned by BillFloat or others. You may not use, copy, display, distribute, modify or reproduce any of the trademarks found on the Site unless you first receive written authorization by us. We prohibit use of any of the BillFloat trademarks as part of a link to or from any site for commercial use unless establishment of such a link is approved in writing by us in advance.

## Links to Third-Party Sites

This site may contain links to websites controlled or offered by third parties. BillFloat hereby disclaims liability for any information, materials, products or services posted or offered at any of the third-party sites linked to this website. By creating a link to a third-party website, BillFloat does not endorse or recommend any products or services offered or information contained at that website, nor is BillFloat liable for any failure of products or services offered or advertised at those websites. Such third party may have a privacy policy different from that of BillFloat and the third party website may provide less security than the BillFloat site.

## Disclaimer of Warranties

THE INFORMATION AND MATERIALS CONTAINED IN THIS SITE, INCLUDING TEXT, GRAPHICS, LINKS OR OTHER ITEMS AND CONTENT ARE PROVIDED "AS IS", "AS AVAILABLE," WITHOUT ANY WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT OR TITLE. ADDITIONALLY, THERE ARE NO WARRANTIES AS TO THE RESULTS OF YOUR USE OF THE CONTENT. BILLFLOAT DOES NOT WARRANT THAT THE SITE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THIS DOES NOT AFFECT THOSE WARRANTIES WHICH ARE INCAPABLE OF EXCLUSION, RESTRICTION OR MODIFICATION UNDER THE LAWS APPLICABLE TO THIS AGREEMENT.

BILLFLOAT MAY DISCONTINUE OR MAKE CHANGES IN THE CONTENT AND SITE AT ANY TIME WITHOUT PRIOR NOTICE TO YOU AND WITHOUT ANY LIABILITY TO YOU. BILLFLOAT DOES NOT UNDERTAKE ANY OBLIGATION OR RESPONSIBILITY TO UPDATE OR AMEND ANY SUCH INFORMATION. BILLFLOAT RESERVES THE RIGHT TO TERMINATE ALL OR PART OF THE SITE AND ITS FUNCTIONALITY WITHOUT PRIOR NOTICE TO YOU. THIS SITE COULD CONTAIN TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. USE OF THIS SITE IS AT YOUR OWN RISK.

## Limitation of Liability

IN NO EVENT WILL BILLFLOAT BE LIABLE FOR ANY DAMAGES INCLUDING GENERAL, SPECIAL, DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR ANY OTHER DAMAGES, LOSSES OR EXPENSES (INCLUDING, WITHOUT LIMITATION, LOST PROFITS OR BUSINESS INTERRUPTION) OF ANY KIND WHETHER IN AN ACTION IN CONTRACT OR NEGLIGENCE ARISING OR RELATING IN ANY WAY TO THE USE OR INABILITY TO USE BY ANY PARTY OF THE CONTENT, THE SITE OR ANY THIRD-PARTY SITE TO WHICH THIS SITE IS LINKED, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE, EVEN IF BILLFLOAT, OUR REPRESENTATIVES THEREOF, ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, LOSSES, OR EXPENSES. YOUR SOLE REMEDY FOR DISSATISFACTION WITH THIS SITE IS TO STOP USING THE SITE. IF YOUR USE THIS SITE RESULTS IN THE NEED FOR SERVICING, REPAIR OR CORRECTION OF EQUIPMENT OR DATA, YOU ASSUME ANY COSTS THEREOF. IF THE FOREGOING LIMITATION IS FOUND TO BE INVALID, YOU AGREE THAT BILLFLOAT'S TOTAL LIABILITY FOR ALL DAMAGES, LOSSES, OR CAUSES OF ACTION OF ANY KIND OR NATURE SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY APPLICABLE LAW.

## Indemnification

You agree to indemnify and hold harmless BillFloat from and against any and all claims, losses, expenses, demands or liabilities, including attorneys' fees and costs, incurred by BillFloat in connection with any claim by a third party (including any intellectual property claim) arising out of (i) materials and content you submit to, post to or transmit through the Site, or (ii) your use of the Site in violation of this Agreement or in violation of any applicable law. You further agree that you will cooperate fully in the defense of any such claims. BillFloat reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you shall not in any event settle any such claim or matter without the written consent of BillFloat.

## Monitoring of the Site

BillFloat has no obligation to monitor the Site; however, you acknowledge and agree that BillFloat has the right to monitor the Site electronically from time to time and to disclose any information as necessary or appropriate to satisfy any law, regulation or other governmental request, to operate the Site, or to protect itself or other users of the Site.

# Privacy Policy and your Personal Information

BillFloat's Privacy Policy (accessible at www.smartpaylease.com/privacy) is incorporated into this Agreement. This policy explains how BillFloat protects the privacy of certain personal information you share with us and how we use that information and with whom we may share it. The policy may change from time to time at our discretion. Changes will be effective upon posting to the Site.

# Consent To Electronic Disclosures and Communications, Including Email and Text Messaging

Please read the notice below carefully and print and/or download a copy for your records.

By consenting to receive information electronically, you agree to receive at our website the required federal and state disclosures related to your transactions with us, as well as notices under your financial services agreement with BillFloat ("Financial Services Agreement"). In order to view those notices and disclosures, you must have a computer equipped with Chrome, Internet Explorer version 8.0 or above, Firefox 3.6 or above or an equivalent web browser. If you are able to read this text, the browser you are using will be able to display all required disclosures. To retain a copy of the notices and disclosures we will provide electronically and a copy of the Agreement that you will sign electronically, you will need to be able to either download electronic copies to your computer or an attached storage device (such as disk or USB storage device) or to print copies on a printer attached to your computer. BillFloat will sign the Financial Services Agreement electronically.

If your application is approved, you will be asked to electronically sign your Financial Services Agreement by checking a "Sign Here" box. Your electronic signature is just as binding as a pen and ink signature: it indicates that you read the agreement and agree to its terms.

At this point in time, BillFloat only accepts signed agreements and provides related disclosures in electronic form. If you do not wish to sign your Financial Services Agreement and receive your disclosures and notices in electronic form, you may cancel the transaction at no cost by closing your browser at any time before you click on the signature button.

By consenting to this Electronic Disclosures and Communications Agreement, you hereby agree to receive transactional and promotional emails and text messages (sometimes known as SMS) on your mobile device from BillFloat. The purpose of BillFloat's transactional emails and text messages is to remind you when payments are due and to keep you updated on the status of your account. Promotional emails and text messages keep you informed about products and offers. Your carrier may charge you a fee for each text message you receive, however BillFloat will not charge you a fee to send the text messages to you. You are not required to receive text messages to receive financial services from BillFloat. You may revoke your permission to receive transactional text messages by sending written instructions to BillFloat via U.S. postal mail at BillFloat, Inc., P.O. Box 626, San Francisco CA, 94104. In order to receive financial services from BillFloat, you may not opt out from transactional email communications, which are not promotional in nature. If you wish to cease receiving such communications, you should close your BillFloat account. You may opt out from receiving promotional emails by clicking "Opt out" on any email BillFloat sends you and from receiving promotional text messages by texting "STOP" from your mobile device in response to any BillFloat text message or by contacting BillFloat. For contact information, please visit the Contact Us section on www.smartpaylease.com.

By consenting to this Electronic Disclosures and Communications Agreement, you expressly authorize BillFloat to place calls, including auto-dialed calls or calls containing prerecorded messages, to your telephone, in connection with the collection of any amounts due by you.

# Availability

The Site is not intended for distribution to, or use by, any person or entity in any city, county, state, or country where its distribution or use would be contrary to local law or regulation. By offering this site and Content no distribution or solicitation is made by BillFloat to any person to use the Site or Content in jurisdictions where the provision of the Site and/or content is prohibited by law.

## Termination

This Agreement is effective until terminated by BillFloat. BillFloat may terminate this Agreement at any time without notice, or suspend or terminate your access and use of the Site at any time, with or without cause, in BillFloat's absolute discretion and without notice. The following provisions of the Agreement shall survive termination of your use or access to the Site: the sections concerning Indemnification, Disclaimer of Warranties, Limitation of Liability, Waiver, Applicable Law and Dispute Resolution, and General Provisions, and any other provision that by its terms survives termination of your use or access to the Site.

## Waiver

Failure by BillFloat to enforce any of its rights under this Agreement shall not be construed as a waiver of those rights or any other rights in any way whatsoever.

## Applicable Law and Dispute Resolution

This Agreement and all other aspects of your use of the Site shall be governed by and construed in accordance with the laws of the United States and, to the extent applicable, to the laws of the State of California, without regard to its conflict of laws rules. You agree that you will notify BillFloat in writing of any claim or dispute concerning or relating to the Site and the information or services provided through it, and give BillFloat a reasonable period of time to address it BEFORE bringing any legal action, either individually or as a class member or representative, or as a private attorney general, against BillFloat.

## Other Agreements

This Agreement shall be subject to any other agreements you have entered into with BillFloat.

## Additional Terms

Certain sections or pages on the Site may contain separate terms and conditions of use, which are in addition to the terms and conditions of this Agreement. In the event of a conflict, the additional terms and conditions will govern for those sections or pages.

## Severability

If any provision of this Agreement is found to be invalid or unenforceable, the remaining provisions shall be enforced to the fullest extent possible, and the remaining provisions of the Agreement shall remain in full force and effect.

# General Provisions

This Agreement supersedes any previous Terms of Use Agreement to which you and BillFloat may have been bound. This Agreement will be binding on, inure to the benefit of, and be enforceable against the parties and their respective successors and assigns. Neither the course of conduct between parties nor trade practice shall act to modify any provision of the Agreement. All rights not expressly granted herein are hereby reserved. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

Exhibit B

**Terms & Conditions**

## Consent To Electronic Disclosures:
## Lease-Purchase Agreement

Please read the notice below carefully and print and/or download a copy for your records.

By consenting to receive information electronically at our web site, you will receive required federal and state disclosures, related to your BillFloat transaction, as well as notices under your Lease-Purchase Agreement with BillFloat ("Agreement"). **In order to view those notices and disclosures, you must have a computer equipped with Chrome, Internet Explorer version 8.0 or above, Firefox 3.6 or above or an equivalent web browser. If you are able to read this text, the browser you are using will be able to display all required disclosures.** To retain a copy of the notices and disclosures we will provide electronically and a copy of the Lease-Purchase Agreement that you will sign electronically, you will need to be able to either download electronic copies to your computer or an attached storage device (such as disk or USB storage device) or to print copies on a printer attached to your computer. We will also sign the Agreement electronically before you download or print it.

If your Lease-Purchase application is approved, you will be asked to electronically sign your Lease-Purchase Agreement (set forth below) by checking a "Sign Here" box. When you do that, you also will be certifying that you agree to receive disclosures and notices electronically.

You may not apply online and electronically execute your Lease-Purchase Agreement unless you agree to accept these disclosures and notices electronically. Further, your agreement to receive disclosures and notices electronically is a condition of your participation in this Lease-Purchase Agreement. If you do not wish to receive your disclosures and notices electronically, you may cancel this transaction at no cost by closing your browser at any time before you click on the signature button.

If you ever wish to terminate your participation in the Lease-Purchase Agreement, you may so notify us directly:

1. Telephone: 1-800-374-5587 during customer service hours;
2. Write: BillFloat, Inc. P.O. Box 626, San Francisco CA, 94104-626;
3. Email: smartpaysupport@billfloat.com

## PRICING DISCLOSURE

This is a lease purchase transaction:

- You acquire ownership after 6 payments are made. No ownership until paid in full.
- You can purchase the property for less under the early purchase option.
- Our Purchase Price: $450.00
- Scheduled Payment Amount: $138.62
- Rental Period: 6 months
- Payment Schedule: Once monthly
- Total of Payments: $831.72 ; Cost of Lease: $381.72
- All Property is New

## LEASE-PURCHASE AGREEMENT

**Date:** 10/17/2014                    **Agreement Number:** O0102JD3C

**Lessor:** Billfloat                    **Lessee/Rental Customer:** Keesha Tribett

                                         **Email:** keeshat35@gmail.com

**TERMS OF AGREEMENT:** In this Agreement, "you" and "your" mean the person(s) signing the Agreement as lessee/customer. "We" and, "us," and "our" mean the lessor/owner (BillFloat, Inc.). "Property" means the item(s) being rented. "Agreement" means this Lease-Purchase Agreement

**1. DESCRIPTION OF PROPERTY**

| Item Description/Model # | Serial # | Condition of Property |
|---|---|---|
| **Samsung Galaxy Mega** | | **New** |
| **61.00** | | **New** |

**Our Purchase Price:** $450.00

**2. INITIAL PAYMENT: Payments are due at the beginning of each term that you choose to rent the Property. Your initial payment will include the following charges:**

| Processing Fee: | Rental Payment: | Tax: | Total Initial Payment: |
|---|---|---|---|
| $0.00 | $128.00 | $10.62 | $138.62 |

**3. RENTAL PERIOD:** This Agreement is for one month, the Initial Term. You must make an advance scheduled rental payment for this Initial Term. After that, you can (1) renew this Agreement for another period by making an advance rental renewal payment; (2) purchase the Property (see Item 9 below); (3) return the Property to us and terminate this Agreement. Advance rental renewal payments are due at the beginning of each term that you choose to rent the Property. There are no refunds if you return the Property before the end of the term. If you fail to make a timely renewal payment this Agreement terminates automatically, subject to your reinstatement rights, below.

**4. RENEWAL PAYMENTS AND ELECTRONIC PAYMENT AUTHORIZATION:** You are not obligated to renew this Agreement beyond the initial term. However, you can renew this Agreement beyond the initial term, or beyond any subsequent renewal term, by making an advance rental payment on or before the renewal date.

Your renewal payments are due Renewal dates: 11/14/2014, 12/12/2014, 01/09/2015, 02/06/2015, 03/06/2015

| Payment | Rental Payment | Tax | Total |
|---|---|---|---|
| Once monthly | $128.00 | $10.62 | $138.62 |

Before each renewal payment date, we will send you a notice that we will electronically debit the renewal payment from the bank account, debit or credit card you have identified to us (the "Account") or any other account you may provide us in the future. We wil take all payments provided for in this Agreement in this manner unless we receive directions from you not to do so.

By signing this Agreement, you authorize us to make electronic debit entries to your Account for scheduled renewal payments due under this Agreement, and authorize your depository institution to debit such amounts from your Account. This authorization wil remain in effect until you have paid all amounts due. You will not be able to cancel or reverse a payment once we have debited it from your Account. You understand that canceling this authorization for electronic debits does not relieve your obligations under this Agreement. We will not be liable for any loss or damage to you if we cannot complete any scheduled payments because your designated account does not contain sufficient funds or you have not provided the correct and complete deposit account information, or if circumstances beyond our control (such as, but not limited to, fire, flood, or interference from an outside force) prevent the proper execution of the transaction.

**5. TOTAL COST:** If you choose to acquire ownership, you must rent the Property for the number of scheduled periods below. The Total Cost includes the total Initial Payment, above, but does not include other charges or fees, such as late fees. You should read the Agreement for an explanation of the charges and fees.

Total Initial Payment of $138.62, plus 5 Scheduled Payment of $138.62 each for a Total Cost of $831.72, including tax.

You do not own the Property. You do not acquire ownership rights unless you have complied with the ownership terms of the Agreement. Sales taxes are subject to changes in the applicable tax rate.

**6. COST OF RENTAL: $381.72** This is the difference between the Total Cost and the Our Purchase Price of the Property.

**7. RISK OF LOSS AND DAMAGES:** You are liable for the destruction of, loss of, and damage to the Property in excess of normal wear and tear from all causes. If the Property is lost or destroyed, your liability will be the fair market value ("FMV") of the Property on the date of loss. If it is damaged, your liability will be the lesser of that amount or our reasonable cost to repair.

**8. WARRANTY AND MAINTENANCE:** You are responsible for maintaining the Property in good working condition during the renta term. We will not be responsible for the costs or the results of any repairs or damage caused by improper use. You must notify us immediately if the Property breaks and send us written records of any repairs. We will assist you if any maintenance or service required on the Property is covered by a manufacturer's warranty. If any part of a manufacturer's warranty, or third-party warranty, covers the Property at the time you acquire ownership, we will transfer it to you, if allowed by the terms of the warranty. To the extent permitted by law, we do not provide any Warranty of Merchantability or Fitness for a Particular Purpose, either Express or Implied, on the Property. You are renting the Property, "as is" and "with all faults."

**9. REINSTATEMENT:** If you fail to make a timely rental renewal payment, this Agreement expires. You can reinstate it without losing any rights or options previously acquired by making all payments due within 7 days. If you have paid less than 60% of the Total Cost, and you return the Property within 7 days after receiving written demand for return, then you will have 60 days to reinstate by making all payments due. If you have paid 60% or more of the Total Cost and you return the Property within 14 days after receiving written demand for return, then you will have 180 days to reinstate by making all payments due. If you reinstate, we will furnish you with the same Property or property of comparable quality and condition.

**10. EARLY PURCHASE OPTION (EPO):** You can purchase the Property at any time. During the first 30 days, your EPO price will be our Purchase Price, above, less all rental payments made (not including any taxes or fees), plus tax. After that, your EPO price will be calculated as follows: Our Purchase Price less 50% of rental payments made (not including any taxes or fees), plus tax.

The attached Chart shows the amount required to exercise your early purchase option after each renewal payment, assuming you make each rental payment on time. The purchase price does not include other charges such as late fees, which are explained below

**11. TERMINATION:** You may terminate this Agreement without penalty by voluntarily surrendering or returning the Property to us in good repair, reasonable wear and tear accepted, along with any past due rental payments, at any time. You remain liable for rental payments until the Property is returned to us.

**12. OTHER CHARGES:**
   a. **Processing Fee:** This is the fee for setting up your rental account for this Property.
   b. **Late fee:** If you fail to make a timely renewal payment within 7 days of the renewal date, you must pay us a Late Fee of $5

**13. TYPE OF TRANSACTION:** THIS IS A RENTAL TRANSACTION. You do not acquire any ownership rights in the Property unless you comply with the ownership provisions of this Agreement.

**14. OUR RIGHTS TO TAKE POSSESSION:** If you do not renew this Agreement or if you breach this Agreement, we have the right to the immediate possession of the Property. If this happens, you agree to return the Property or make arrangements for us to take possession of it. If you fail or refuse to comply with this requirement, you agree to pay our costs incurred in taking possession of it, including our reasonable attorneys' fees and court costs.

**15. ASSIGNMENT:** We may sell, transfer, or assign this Agreement, but agree to notify you of any change.

**16. TITLE AND TAXES:** Until you obtain ownership as provided in this Agreement, we retain title to the Property at all times and we will pay any property taxes levied on the Property.

**17. FORBIDDEN ACTS:** Until you obtain ownership of the Property as provided in this Agreement, you cannot sell, mortgage, pawn, pledge, encumber, hock or dispose of the Property. Each of these acts is a breach of this Agreement.

**18. LOCATION OF PROPERTY:** You agree to keep the Property on your person or at your address shown above. If you move without notifying us in writing in advance, we have the right to terminate this Agreement immediately.

**19. LOCKDOWN FEATURE:** The Property may have been equipped with a remote shut-off feature. If you fail to make a timely renta payment, we can send alerts to you, and also disable the Property remotely. You will have to contact us and renew this Agreement in order to use the Property again. We are not responsible for lost data.

**20. ESIGN:** This Agreement in its original format is an electronic document fully compliant with the Electronic Signatures in Globa and National Commerce Act (E-SIGN) and other applicable laws and regulations, and is the one, true original Agreement retained electronically by Holder on behalf of Holder. All other versions hereof, whether electronic or in tangible format, constitute facsimiles or reproductions only.

**21. ARBITRATION.** You and we agree that any claim or dispute arising from or in any way related to the Agreement must be resolved by binding arbitration instead of a lawsuit. This agreement to arbitrate will be governed by the federal Arbitration Act, 9 U.S.C. Sections 1-16 and the substantive law of your state.

Arbitration is a process for resolving disputes outside of the court system. An independent third-party arbitrator will take evidence from both parties and then rule on the issue(s). The arbitrator has the ability to award all remedies available by statute, at law or in equity. The arbitrator's decision will be final and binding on both parties.

You and we agree to use one of the two national arbitration organizations and their rules for conducting arbitrations. You can contact those organizations and get copies of their rules here:

| | |
|---|---|
| American Arbitration Association | JAMS, the Resolution Experts |
| 335 Madison Avenue, Floor 10 | 1920 Main Street, Suite 300 |
| New York, NY 10017-4605 | Irvine, CA 92614 |
| www.adr.org (http://www.adr.org) | www.jamsadr.com (http://www.jamsadr.com) |
| (800)-778-7879 | (800)-352-5267 or (949)-224-1810 |

If a dispute arises, you or we can file a claim with either organization. If you file a claim against us, we will pay the initial filing fee Each party must pay its own attorneys' fees and other costs of the arbitration. However, the arbitrator can award reasonable attorneys' fees and costs to the party who wins the arbitration.

If we file a claim against you and select an organization that is unacceptable to you, you have the right to choose the other organization if you notify us of your decision within 30 days after you receive notice of our arbitration choice.

You and we agree that any arbitration will be conducted in the county where you live.

Nothing in this arbitration agreement is intended to prevent either of us from filing a lawsuit in an appropriate small claims court for an amount that does not exceed the court's jurisdictional limits. All other disputes must be arbitrated. Any attempt to remove a suit originally filed in small claims court to another court will require the parties to arbitrate under this Agreement.

This arbitration agreement will survive termination of the Agreement and will continue to be in effect to resolve any disputes that arise between you and us.

BY AGREEING TO ARBITRATE DISPUTES, YOU ARE WAIVING YOUR RIGHT TO A TRIAL BY JURY. YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE YOUR DISPUTE. YOU ARE WAIVING YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT. YOU ARE WAIVING YOUR RIGHT TO CERTAIN DISCOVERY RULES THAT APPLY IN A LAWSUIT. YOU AND WE AGREE THAT THE ARBITRATOR HAS NO AUTHORITY TO CONDUCT CLASS-WIDE ARBITRATION AND CAN ONLY DECIDE THE DISPUTE BETWEEN YOU AND US. IF ANY PART OF THE ARBITRATION AGREEMENT IS RULED TO BE INVALID, THEN THE UNDERLYING DISPUTE MUST BE RESOLVED BY A JUDGE, SITTING WITHOUT A JURY, IN A COURT OF COMPETENT JURISDICTION, AND NOT AS A CLASS ACTION LAWSUIT.

Your Right to Opt Out: If you decide that you do not want to arbitrate any dispute(s) with us, you must notify us in writing at our address in the Agreement no later than 10 days after the date you sign the Agreement. Your decision to opt out of this arbitration agreement will not affect your Agreement with us.

**22. MISCELLANEOUS:** You acknowledge that you have read this Agreement and that you understand its terms. There are no grace periods in this Agreement. You agree that we have not made any promises or representationsto you about this Agreement or the Property other than those contained in this Agreement.

**NOTICE TO THE LESSEE: (a) Do not sign this Lease-Purchase agreement before you read it or if it contains any blank spaces. (b) You are entitled to an exact copy of the rental-purchase agreement you sign. Keep it to protect your legal rights.**

**Lessee:** Keesha Tribett                                      **Date:** 10/17/2014

**Lessor:** Billfloat

**EARLY PURCHASE OPTION (EPO) CHART:**

| After making rental payment number... | Your Cash Option Purchase Price will be.... |
|---|---|
| #1 due 2014-10-17 | $311.37 |
| #2 due 2014-11-14 | $172.74 |
| #3 due 2014-12-12 | $242.06 |
| #4 due 2015-01-09 | $172.75 |
| #5 due 2015-02-06 | $103.44 |
| #6 due 2015-03-06 | $34.13 |

If you rent the Property for the rental period, you will pay a Total of Payments of $831.72 for ownership of the Property.

- The Cash Option Purchase Price is your price. No other verbal or written price will be honored.
- Tax is not included in the Prices listed.

**Lessor:** Billfloat

**Lessee:** Keesha Tribett                                      **Date:** 10/17/2014

**This section provides a record of the online signature executing this agreement.**

Agreement number: O0102JD3C
Signed by: Keesha Tribett
Timestamp: 10/17/2014 15:42:13PM PDT
IP Address: 71.223.93.116
Date of birth ████/1976
Last 4 digits of SSN: 6163
Digital fingerprint hash ba766ecc51f280a563e455d2b68c92e53190e33da952373c740f581598ce83bd

Consentimiento para divulgaciones electrónicas:
Contrato de arrendamiento con opción de compra

Lea detenidamente el siguiente aviso e imprima y/o descargue una copia para sus registros.

Al aceptar recibir información en forma electrónica en nuestro sitio web, recibirá divulgaciones estatales y federales relacionadas con su transacción de BillFloat, así como avisos en virtud de su Contrato de arrendamiento con opción de compra con BillFloat (e "Contrato"). **Para ver estos avisos y divulgaciones, debe disponer de una computadora con la versión 7.0 o superiores de Internet Explorer o la versión 3.0 o superiores de Firefox o un navegador web equivalente. Si puede leer este texto, el navegador que utiliza podrá mostrar todas las divulgaciones requeridas.** Para conservar una copia de los avisos y divulgaciones que proporcionamos en forma electrónica y una copia del Contrato de arrendamiento con opción de compra que usted firmará electrónicamente, necesitará descargar copias electrónicas a su computadora o a un dispositivo de almacenamiento conectado (tales como un disco o dispositivo de almacenamiento USB) o imprimir copias en una impresora conectada a su computadora.También firmará el Contrato en forma electrónica antes de descargarlo o imprimirlo.

Si se aprueba su solicitud de arrendamiento con opción de compra, se le pedirá que firme el Contrato de arrendamiento con opción de compra en forma electrónica (conforme se indica a continuación) marcando la casilla "Firme aquí." Al hacer esto, también certificará que acepta recibir divulgaciones y avisos en forma electrónica.

No puede presentar una solicitud en línea y firmar su Contrato de arrendamiento con opción de compra en forma electrónica a menos que haya aceptado recibir estas divulgaciones y avisos en forma electrónica. Asimismo, su acuerdo de recibir divulgaciones y avisos en forma electrónica constituye una condición para su participación en este Contrato de arrendamiento con opción de compra. Si no desea recibir divulgaciones ni avisos en forma electrónica, puede cancelar esta transacción sin ningún costo cerrando su navegador en cualquier momento antes de hacer clic en el botón de firma.

Si en algún momento desea finalizar su participación en el Contrato de arrendamiento con opción de compra, puede comunicárnoslo directamente:

1. Por teléfono: 1-800-374-5587 durante el horario de atención al cliente.?
2. Por correo postal: BillFloat, Inc. P.O. Box 626, San Francisco CA, 94104-626.
3. Por correo electrónico: smartpaysupport@billfloat.com

## DECLARACIÓN DE PRECIOS

Esta es una transacción de arrendamiento con opción de compra:

- Usted adquiere la titularidad una vez que se hayan realizado 6 pagos. No adquiere la titularidad hasta que se haya pagado en su totalidad.
- Puede comprar la propiedad por una cantidad inferior conforme a la opción de compra anticipada.
- Precio al contado: $450.00
- Pago agendado de: $138.62
- Período del arrendamiento: 6 meses
- Pagos agendados: Dosis mensual
- Total de pagos: $831.72; Costo del arrendamiento: $381.72
- Todas las propiedades son nuevas.

## CONTRATO DE ARRENDAMIENTO CON OPCIÓN DE COMPRA

| | |
|---|---|
| **Fecha:** 10/17/2014 | **Número de Contrato:** O0102JD3C |
| **Arrendador:** Billfloat | **Arrendatario/inquilino:** Keesha Tribett |
| | **Correo electrónico:** keeshat35@gmail.com |

**TÉRMINOS DEL CONTRATO:** En el presente Contrato, "usted" y "su" hacen referencia a la(s) persona(s) que firma(n) el Contrato en calidad de arrendatario/inquilino. "Nosotros," "nos" y "nuestro" hacen referencia al arrendador/propietario (BillFloat, Inc.) "Propiedad" hace referencia al (a los) artículo(s) arrendado(s)."Contrato" hace referencia al presente Contrato de arrendamiento con opción de compra

### 1. DESCRIPCIÓN DE LA PROPIEDAD

| Descripción de la Propiedad/ Modelo # | Nº de serie | Condición de la Propiedad |
|---|---|---|
| **Samsung Galaxy Mega** | | **New** |
| **61.00** | | **New** |

**Precio de contado:** $450.00

**2. PAGO INICIAL: Los pagos vencen al principio de cada plazo que usted elija para arrendar la Propiedad.Su pago inicial incluye los siguientes cargos:**

| Costo de Tramitación: | Renta: | Impuesto: | Pago inicial total: |
|---|---|---|---|
| $0.00 | $128.00 | $10.62 | $138.62 |

**3. PERÍODO DEL ARRENDAMIENTO:** El presente Contrato es por un mes, Plazo Inicial. Debe realizar un pago anticipado de la renta agendada para este Plazo Inicial.Posteriormente, puede (1) renovar este Contrato por otro período al efectuar un pago anticipado por renovación de arrendamiento; (2) comprar la Propiedad (consulte el punto 10 a continuación); (3) devolvernos la Propiedad y dar por terminado el presente Contrato.Los pagos anticipados por renovación del arrendamiento vencen al principio de cada plazo en el que elija arrendar la Propiedad.No habrá reembolsos si devuelve la Propiedad antes de finalizar el plazo.Si no efectúa a tiempo un pago por renovación, se dará por terminado el presente Contrato de forma automática, sin perjuicio de sus derechos de rehabilitación del contrato establecidos a continuación.

**4. PAGOS POR RENOVACIÓN Y AUTORIZACIÓN DE PAGO ELECTRÓNICO:** No está obligado a renovar el presente Contrato más allá del plazo inicial. No obstante, puede renovar el presente Contrato más allá del plazo inicial, o más allá de cualquier plazo de renovación sucesivo, al efectuar, en cualquier momento hasta la fecha de la renovación, el pago anticipado de una renta.

Sus pagos por renovación vencen en estas Fechas de renovación: 11/14/2014, 12/12/2014, 01/09/2015, 02/06/2015, 03/06/2015

| Pago | Pago del arrendamiento | Impuesto | Total |
|---|---|---|---|
| Dosis mensual | $128.00 | $10.62 | $138.62 |

Antes de cada fecha de pago por renovación, le enviaremos un aviso de que debitaremos electrónicamente el pago por renovación en la cuenta bancaria, tarjeta de débito o tarjeta de crédito que usted nos haya indicado (la "Cuenta") o de cualquier otra cuenta que nos proporcione en el futuro.Aceptaremos en esta forma todos los pagos establecidos en el presente Contrato, salvo que usted nos haya indicado no hacerlo.

Al firmar el presente Contrato, usted nos autoriza a realizar asientos de débito electrónicos en su Cuenta para los pagos por renovación agendados en virtud del presente Contrato, y autoriza a su entidad de depósito a cargar tales montos en su Cuenta. Esta autorización permanecerá vigente hasta que haya pagado todos los montos adeudados. No podrá cancelar ni anular un pago una vez que lo hayamos cargado en su Cuenta. Usted comprende que cancelar esta autorización de débitos electrónicos no le exime de cumplir las obligaciones contraídas en virtud del presente Contrato. No seremos responsables de pérdidas ni de daños o perjuicios que puedan ocasionárseles si no podemos cargar algún pago programado debido a que la cuenta por usted designada no disponga de fondos suficientes o no haya proporcionado de forma correcta o completa la información sobre la cuenta y depósito, o si por circunstancias ajenas a nuestro control (tales como incendios, inundaciones, intervención de fuerzas externas y similares) no se ejecuta debidamente la transacción.

**5. COSTO TOTAL:** Si opta por adquirir la titularidad, deberá arrendar la Propiedad por el número de pagos agendados, establecido a continuación. El Costo total incluye el Pago inicial total, indicado anteriormente, pero no incluye otros cargos o tarifas, tales como los cargos por mora. Debe leer el Contrato para obtener una explicación de los cargos y tarifas.

Pago inicial total de $138.62, más 5 Pagos agendados de $138.62 cada uno por un Costo total de $831.72, incluyendo impuestos.

Usted no es propietario de la Propiedad.No adquiere derechos de titularidad a menos que haya cumplido con los términos de propiedad del Contrato.El impuesto sobre le venta queda sujeto a cambios en el tipo del tributo correspondiente.

**6. PRECIO DEL ARRENDAMIENTO: $381.72** Esta es la diferencia entre el Costo total y el Precio al contado de la Propiedad.

**7. RIESGO POR PÉRDIDAS Y DAÑOS:** Usted será responsable de la destrucción, pérdida y daños ocasionados a la Propiedad por cualquier motivo distinto del desgaste por el uso habitual.Si se pierde o destruye a la Propiedad, usted será responsable del valor de mercado (fair market value, "FMV") de la Propiedad en la fecha de la pérdida.Si se daña, usted será responsable del monto anterior o del monto razonable que nos cueste su reparación si este es menor.

**8. GARANTÍA Y MANTENIMIENTO:** Usted será responsable de mantener la Propiedad en buenas condiciones de funcionamiento durante el plazo del arrendamiento.No seremos responsables de los costos o resultados de ninguna reparación ni de los daños ocasionados por el uso indebido. Si la Propiedad se rompe, deberá comunicárnoslo de inmediato y enviarnos la documentación de cualquier reparación.Le prestaremos asistencia por el mantenimiento o servicios que la Propiedad requiera siempre que esté cubierto por la garantía del fabricante. Si alguna parte de la garantía del fabricante, o garantía de terceros, cubre la Propiedad desde el momento en que usted adquiere titularidad, se la transmitiremos de conformidad con los términos de la garantía.Siempre que la ley lo permita, no proporcionaremos ninguna garantía de comercialización o idoneidad para un determinado fin, ya sea expresa o implícita, sobre la Propiedad.Usted arrienda la Propiedad, "en el estado en que se encuentra" y "con todos sus defectos."

**9. REHABILITACIÓN DEL CONTRATO:** Si no efectúa puntualmente un pago por renovación del arrendamiento, se extinguirá e presente Contrato.Puede rehabilitar el contrato sin perder ningún derecho u opción adquiridos previamente efectuando todos los pagos vencidos dentro de los 7 días.Si ha pagado menos del 60 % del Costo total, y devuelve la Propiedad dentro de los 7 días posteriores al momento de recibir una demanda escrita de devolución, entonces tendrá 60 días para rehabilitarla efectuando todos los pagos vencidos.Si ha pagado el 60 % o más del Costo total, y devuelve la Propiedad dentro de los 14 días posteriores a momento de recibir una demanda escrita de devolución, entonces dispondrá de 180 días para rehabilitarla al efectuar todos los pagos vencidos.Si rehabilita el contrato, le proporcionaremos la misma la Propiedad o una propiedad de calidad y condición similares.

**10. OPCIÓN DE COMPRA ANTICIPADA (EARLY PURCHASE OPTION, EPO):** Puede comprar la Propiedad en cualquier momento Durante los primeros 30 días, su precio de opción de compra anticipada (Early Purchase Option, EPO) será el Precio en Efectivo, ver arriba, menos todos los pagos por alquiler realizados (no incluyendo cualquier impuesto o cargos), más 0.0 del precio en efectivo, más impuestos. Después de eso, su precio de EPO se calculará de la siguiente manera: Precio en Efectivo menos el 50% de los pagos de alquiler realizados (sin incluir los impuestos o honorarios), más cargos.

La tabla adjunta muestra su precio de EPO después de cada pago.El precio de compra no incluye otros cargos tales como los cargos por mora, los cuales se explican a continuación.

**11. TERMINACIÓN DEL CONTRATO:** En cualquier momento puede dar por terminado el presente Contrato, sin penalización alguna, al entregarnos o devolvernos voluntariamente la Propiedad en buen estado, excepción hecha del desgaste por un uso razonable, junto con cualesquiera pagos vencidos del arrendamiento.Usted seguirá siendo responsable de los pagos del arrendamiento hasta que nos haya devuelto la Propiedad.

**12. OTROS CARGOS:**
　　a. **Cargo por tramitación:** Es el cargo por configurar su cuenta de arrendamiento para esta Propiedad.
　　b. **Cargo por mora:** Si usted falla efectuar el pago de renovación de alquiler a tiempo, dentro de 7 días a partir de la fecha de renovación, deberá pagar un cargo por demora (Late Fee) de $5

**13. TIPO DE TRANSACCIÓN:** ESTA ES UNA TRANSACCIÓN DE ARRENDAMIENTO.Usted no adquiere ningún derecho de titularidad sobre la Propiedad a menos que cumpla con las disposiciones de propiedad del presente Contrato.

**14. NUESTROS DERECHOS DE RECUPERACIÓN DE LA POSESIÓN:** Si no renueva o si incumple el presente Contrato, tendremos derecho a recuperar la inmediata posesión de la Propiedad.Si esto llega a suceder, usted acepta devolver la Propiedad o adoptar las medidas necesarias para que recuperemos la posesión de la misma.Si rehúsa o incumple con esta obligación, usted acepta pagarnos el costo que nos ocasione la toma de posesión de la Propiedad, incluyendo los honorarios razonables de abogados y gastos judiciales.

**15. CESIÓN DEL CONTRATO:** Podemos vender, transferir o ceder el presente Contrato, pero en tal caso deberemos notificarle cualquier cambio.

**16. TÍTULO DE PROPIEDAD E IMPUESTOS:** Hasta que haya adquirido la titularidad conforme a lo dispuesto en este Contrato, nosotros conservamos en todo momento el título de propiedad sobre la Propiedad y pagaremos cualquier impuesto que grave la propiedad sobre la Propiedad.

**17. ACTOS PROHIBIDOS:** Hasta que haya adquirido la titularidad de la Propiedad conforme a lo dispuesto en este Contrato, no podrá vender, hipotecar, empeñar, pignorar, gravar, dejar en prenda ni disponer de la Propiedad.Cada uno de estos actos constituye un incumplimiento del presente Contrato.

**18. UBICACIÓN DE LA PROPIEDAD:** Usted se obliga a portar la Propiedad con usted o a mantenerla en la dirección arriba indicada. Si se muda sin comunicárnoslo por escrito con antelación, tendremos el derecho a dar por terminado el presente Contrato de inmediato.

**19. FUNCIONES DE BLOQUEO:** La Propiedad puede estar equipada con una función de bloqueo remoto.Si no efectúa puntualmente un pago por renovación podemos enviarle alertas, y podemos bloquear la Propiedad de forma remota.En tal caso, tendrá que contactarse con nosotros y renovar el presente Contrato a fin de poder utilizar la Propiedad de nuevo.No nos hacemos responsables por la pérdida de datos.

**20. Ley de firmas electrónicas en el comercio global y nacional (ESIGN):** Ley de firmas electrónicas en el comercio global y nacional (E-SIGN): El presente Contrato en su formato original es un documento electrónico que cumple plenamente con la Ley de firmas electrónicas en el comercio global y nacional (Electronic Signatures in Global and National Commerce Act, E-SIGN) y otras leyes y normativas correspondientes, y constituye el único, verdadero y original Contrato retenido en forma electrónica por e Titular en nombre del Titular.Todas las demás versiones del presente contrato, ya sean electrónicas o en formato tangible, constituyen únicamente facsímiles o reproducciones.

**21. ARBITRAJE:** Usted y nosotros acordamos que cualquier reclamación o controversia que surja en relación a este Contrato se resolverá mediante un arbitraje vinculante en lugar de una demanda.Este acuerdo de arbitraje se regirá por la Ley Federal de Arbitraje, Título 9 del Código de Estados Unidos, Secciones 1-16 y el derecho sustantivo de su estado.

El arbitraje es un proceso para resolver las controversias fuera del sistema judicial.Un tercer árbitro independiente tendrá en cuenta las pruebas de ambas partes y decidirá sobre el(los) asunto(s).El árbitro tiene la potestad de adoptar cualquier decisión avalada por la ley, en derecho o en equidad.La decisión del árbitro será definitiva y vinculante para ambas partes.

Usted y nosotros acordamos usar una de las dos organizaciones nacionales de arbitraje y sus normas para realizar arbitrajes.Puede comunicarse con estas organizaciones y obtener copias de sus normas en la siguiente dirección:

American Arbitration Association
335 Madison Avenue, Floor 10
New York, NY 10017-4605
www.adr.org (http://www.adr.org)
(800)-778-7879

JAMS, the Resolution Experts
1920 Main Street, Suite 300
Irvine, CA 92614
www.jamsadr.com (http://www.jamsadr.com)
(800)-352-5267 or (949)-224-1810

Si surge alguna controversia, usted o nosotros podemos presentar una reclamación con cualquiera de las organizaciones.S presenta una reclamación contra nosotros, pagaremos el costo por la presentación inicial.Cada parte debe pagar sus propios honorarios de abogados y otros costos del arbitraje.No obstante, el árbitro puede imponer los honorarios de abogados y costos razonables a la parte que gana el arbitraje.

Si presentamos una reclamación en su contra y elegimos una organización que usted no acepta, tendrá derecho a elegir otra organización si nos comunica su decisión dentro de los 30 días siguientes a aquél en que reciba una notificación sobre nuestra elección de arbitraje.

Usted y nosotros acordamos que cualquier arbitraje se realizará en el condado donde usted vive.

Nada de lo contenido en el presente acuerdo de arbitraje pretende impedir a cualquiera de nosotros presentar una demanda ante un tribunal con competencia en asuntos de menor cuantía por un monto que no supere los límites jurisdiccionales de tribunal.Todas las demás controversias deben someterse al arbitraje.Cualquier intento de retirar una demanda presentada inicialmente ante un tribunal con competencia en asuntos de menor cuantía requerirá que las partes se sometan al arbitraje en virtud del presente Contrato.

El presente acuerdo de arbitraje seguirá vigente tras la terminación del Contrato y permanecerá en vigor para resolver cualquier controversia que surja entre usted y nosotros.

AL ACEPTAR SOMETER LAS CONTROVERSIAS A ARBITRAJE, USTED RENUNCIA A SU DERECHO AL JUICIO POR JURADO.USTED RENUNCIA A SU DERECHO A QUE UN TRIBUNAL RESUELVA SU CONTROVERSIA.USTED RENUNCIA A SU DERECHO A PARTICIPAR EN UNA DEMANDA COLECTIVA.USTED RENUNCIA A SU DERECHO A DETERMINADAS NORMAS DE PRESENTACIÓN DE PRUEBAS APLICABLES EN UNA DEMANDA.USTED Y NOSOTROS ACORDAMOS QUE EL ÁRBITRO CARECE DE POTESTAD PARA REALIZAR EL ARBITRAJE COLECTIVO Y ÚNICAMENTE PUEDE DECIDIR LA CONTROVERSIA ENTRE USTED Y NOSOTROS.SI SE DECIDE QUE ALGUNA PARTE DEL ACUERDO DE ARBITRAJE ES NULA, ENTONCES LA CONTROVERSIA SUBYACENTE DEBE SER RESUELTA POR UN JUEZ, SIN UN JURADO, EN UN TRIBUNAL DE JURISDICCIÓN COMPETENTE, Y EN NINGÚN CASO COMO UNA DEMANDA COLECTIVA.

Su derecho a excluirse: Si decide que no desea someter a arbitraje las controversias con nosotros, debe comunicárnoslo por escrito en nuestra dirección en el Contrato a más tardar 10 días después de la fecha en que firme el Contrato.Su decisión de excluirse de acuerdo de arbitraje no afectará su Contrato con nosotros.

**22. DISPOSICIONES VARIAS:** Usted reconoce que ha leído el presente Contrato y que comprende sus términos.No existen períodos de gracia en este Contrato.Usted acuerda que no hemos realizado ninguna promesa ni declaración acerca de este Contrato o la Propiedad que no sean las contenidas en el presente Contrato.

**NOTIFICACIÓN PARA EL ARRENDATARIO: (a) No firme este Contrato de arrendamiento con opción de compra antes de (leerlo o si contiene algún espacio en blanco. (b) Usted tiene derecho a una (copia exacta del Contrato de arrendamiento con opción de compra que (firme.Consérvelo para proteger sus derechos legales.**

| | |
|---|---|
| **Arrendador:** Keesha Tribett | **Arrendatario:** 10/17/2014 |

**Fecha:** Billfloat

**TABLA DE OPCIÓN DE COMPRA ANTICIPADA (EPO):**

| Después de realizar el pago de arrendamiento número... | Su Precio al contado de la opción de compra será.... |
|---|---|
| #1 el 2014-10-17 | $311.37 |
| #2 el 2014-11-14 | $172.74 |
| #3 el 2014-12-12 | $242.06 |
| #4 el 2015-01-09 | $172.75 |
| #5 el 2015-02-06 | $103.44 |
| #6 el 2015-03-06 | $34.13 |

Si arrienda la Propiedad por el período del arrendamiento, pagará un Total de pagos de $831.72 por la titularidad de la Propiedad.
- El Precio al contado de la opción de compra es su precio. No se aceptará ningún precio verbal o por escrito.
- No se incluyen impuestos en los precios relacionados.

| | |
|---|---|
| **Arrendador:** Keesha Tribett | **Arrendatario:** Billfloat |

**Fecha:** 10/17/2014

Esta sección proporciona un registro de la firma en línea para celebrar este acuerdo.

Número de Contrato: O0102JD3C
Firmado por: Keesha Tribett
Fecha y hora: 10/17/2014 15:42:13PM PDT
Dirección IP: 71.223.93.116
Fecha de nacimiento: ████1976
Últimos 4 dígitos del Número de Seguro Social: 6163
Huella Digital: ba766ecc51f280a563e455d2b68c92e53190e33da952373c740f581598ce83bd

### PRIVACY NOTICE

| **F A C T S** | **WHAT DOES BILLFLOAT, INC., DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>■ Social Security number and credit history<br>■ account balances and payment history<br>■ credit history and checking account information<br>When you are no longer our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share customers personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers personal information; the reasons BillFloat chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does BillFloat share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes-**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes-**<br>to offer our products and services to you | Yes | Yes |
| **For joint marketing with other financial companies** | Yes | Yes |
| **For our affiliates' everyday business purposes-**<br>information about your transactions and experiences | No | We don t share |
| **For our affiliates' everyday business purposes-**<br>information about your creditworthiness | No | We don t share |
| **For our affiliates to market to you** | No | We don t share |
| **For nonaffiliates to market to you** | No | We don t share |

| **Who we are** |
| --- |

| **Who is providing this notice?** | **BILLFLOAT, INC.** |
| --- | --- |

| **What we do** |
| --- |

| **How does BillFloat protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br>We also restrict access to your personal information to those employees who need to know this information to perform their job duties. |
| --- | --- |
| **How does BillFloat collect my personal information?** | We collect your personal information, for example, when you:<br>■ Open an account or provide your account information,<br>■ Apply for a rental-purchase or lease,<br>■ Provide account information or give us your contact information.<br>We also collect your personal information from other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>■ sharing for affiliates everyday business purposes-information about your creditworthiness,<br>■ affiliates from using your information to market to you,<br>■ sharing for nonaffiliates to market to you.<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

| **Definitions** |
| --- |

| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>■ BillFloat has no affiliates. |
| --- | --- |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>■ BillFloat does not share with nonaffiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>■ Our joint marketing partners include banks, credit card companies, other financial institutions, and financial services providers. |

| **Other important information** |
| --- |

| |

**CALIFORNIA, NORTH DAKOTA, AND VERMONT RESIDENTS:** We do not share information we collect about you unless applicable law (1) permits us to do so without first obtaining your prior consent, or (2) requires that we first provide you an opportunity to limit this sharing.