# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keesha Tribett, | No. CV-17-01598-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. 30 | |
| Smartpay Leasing Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the Stipulated Motion to Dismiss (Doc. 30), filed by Plaintiff and Defendant BillFloat, Inc., only, and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 30). The above-entitled matter is hereby dismissed with prejudice as to Defendant BillFloat, Inc., only, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED denying as moot, the Stipulated Motion to Dismiss (Doc. 29) referencing Defendant Smartpay Leasing, Inc.

IT IS FURTHER ORDERED BillFloat, Inc., being the last remaining defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 22nd day of March, 2019.

Honorable John J. Tuchi
United States District Judge